1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone:  (559) 498-7316
5

   Attorneys for Defendant
6

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

                    EASTERN DISTRICT OF CALIFORNIA
9

10 DANIEL L. PORTILLO,            )     CV-F 04-5269 OWW LJO
                                  )
11             Plaintiff,         )     STIPULATION AND ORDER
                                  )     TO EXTEND TIME
12                                )
               v.                 )
13                                )
   JO ANNE B. BARNHART,           )
14 Commissioner of Social         )
   Security,                      )
                                  )
15             Defendant.         )
   _____)
16

17     The parties, through their respective counsel, stipulate

18 that defendant's time to respond to plaintiff's opening brief be

19 extended from April 25, 2005 to May 25, 2005.

20 ///

21 ///

22 ///

23 ///

24 ///

25

26

                                 1

1  This is defendant's first request for an extension of time
2 to respond to plaintiff's opening brief.  Defendant needs the
3 additional time to review the file and prepare a response in this
4 matter.

5                                        Respectfully submitted,

7 Dated: April 20, 2005          /s/ Dennis M. Bromberg
                                 (As authorized via facsimile)
8                                DENNIS M. BROMBERG
                                 Attorney for Plaintiff

11 Dated: April 20, 2005         McGREGOR W. SCOTT
                                 United States Attorney

14                               /s/ Kristi C. Kapetan
                                 KRISTI C. KAPETAN
15                               Assistant U.S. Attorney

                               IT IS SO ORDERED.

**Dated:   April 22, 2005**              **/s/ Lawrence J. O'Neill**
b9ed48                           UNITED STATES MAGISTRATE JUDGE

2